# GALLO VITUCCI KLAR LLP

WWW.GVLAW.COM

Heather C. Ragone
Partner
90 Broad Street, 12th Floor
New York, NY 10004
hragone@gvlaw.com
212-683-7100

September 9, 2025

**By ECF Only**
Hon. Judge Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

> The request for an adjournment is GRANTED.  The initial pretrial conference is adjourned to **October 6, 2025 at 10:00 a.m.**
>
> Date:  September 10, 2025
>        New York, New York
>
> SO ORDERED.
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:   **DeJESUS V. LAGUERRE, ET AL**
      Civil Action No.: 1:25-CV-06831-JLR

To the Honorable Judge Rochon:

The undersigned represents the defendants in this action and has conferred with Zenia from plaintiff's counsel's office in advance of penning this letter to Your Honor.

In accordance with Your Honor's Rules and prior Orders, please accept the instant request for an adjournment of the initial pretrial conference, currently scheduled for September 23, 2025, on consent of all parties.  This accommodation is respectfully requested due to unexpected out of state travel and the holidays.  No prior request for an extension of time has been made.

In the alternative, the parties propose conducting the hearing on October 6, 2025, October 8, 2025 or October 13, 2025.

Thank you in advance for your time and attention to this matter.

Respectfully Submitted,

GALLO VITUCCI KLAR

Heather C. Ragone, Esq.

cc:   ebteuohearing6045@gmail.com
      *On Behalf of Counsel for Plaintiff*